UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MATTHEW JOHN O'BRIEN, JR.                            CIVIL ACTION

VERSUS                                               NO: 08-969

CAPTAIN KREGER, ET AL.                               SECTION: R(5)


**ORDER**

The Court, finding that as of this date neither party has objected to the Magistrate Judge's Report and Recommendation (R. Doc. 15), hereby approves the Report and adopts it as its own opinion. It is ordered that O'Brien's claims be DISMISSED WITHOUT PREJUDICE.

New Orleans, Louisiana, this 30th day of December, 2009.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE